UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-61565-CV-DIMITROULEAS

DANE STREET, LLC,

    Plaintiff,

vs.

ROLAND J. NADEAU

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal [DE 72] (the "Joint Stipulation"), filed herein on April 28, 2017. The Court has carefully considered the Joint Stipulation, notes that counterclaims were dismissed with prejudice in a previous Order [DE 71], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.    The Joint Stipulation [DE 72] is hereby **APPROVED**;

2.    This action is **DISMISSED without prejudice**;

3.    The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of April, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Roland J Nadeau, *pro se*
18233 SW 48 Street
Southwest Ranches, FL 33331